# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Traejan Jahad Barnes                               Docket No. 5:18-CR-207-1FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Traejan Jahad Barnes, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 6th day of August, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The relationship between the defendant and one of his third-party custodians, his grandmother, has been deteriorating since his release from custody. She is now not willing to serve as a third party custodian and not willing to allow the defendant to reside with her any longer. Barnes' mother, Katrina Smith, his other third-party custodian, is still willing to serve in this capacity and would welcome the defendant into her home. The probation office supports this change as it should be a much less contentious environment. The defendant has obtained two jobs and is in compliance with his conditions of release. Neither the attorney for the government nor the defendant has an objection to the modification changing the third-party condition to reflect:

- Brenda Braxton shall be released from serving as third-party custodian.

- The defendant is placed in the custody of: Katrina Smith, Raleigh, North Carolina, who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody. The defendant shall reside with Ms. Smith.

**PRAYING THAT THE COURT WILL ORDER** the defendant continued on release conditions with the above modification.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller | /s/Erica W. Foy |
| Jeffrey L. Keller | Erica W. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8665 |
| | Executed On: September 27, 2018 |

**Traejan Jahad Barnes**
**Docket No. 5:18-CR-207-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on October 1, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

/s/ Robert T. Numbers II
Robert T. Numbers, II
United States Magistrate Judge